# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| LEWIS JONES, JR., | ) | |
| Plaintiff, | ) ) | |
| v. | ) | No. 2:17-cv-02180-SHL-tmp |
| THE BRYCE COMPANY, LLC, | ) ) | |
| Defendant. | ) ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Magistrate Judge Tu M. Pham's Report and Recommendation ("Report") (ECF No. 21), filed August 31, 2017, recommending that the Court deny Defendant's Motion to Dismiss (ECF No. 17) and direct Plaintiff to effect proper service of process within thirty days of the entry of this Order.

A magistrate judge may submit to a judge of the court proposed findings of fact and recommendations for dismissal of a complaint for failure to state a claim. 28 U.S.C. § 636(b)(1)(B). "Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2); see also 28 U.S.C. § 636(b)(1) (2017). A district court reviews *de novo* only those proposed findings of fact or conclusions of law to which a party specifically objects. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

The deadline to object to the Report has passed, and Defendant has filed no objections. The Court has reviewed the Report for clear error and finds none. Therefore, the Court **ADOPTS** the Magistrate Judge's Report, hereby **DENIES** Defendant's Motion to Dismiss and **ORDERS** Plaintiff to effect proper service of process by November 9, 2017.

**IT IS SO ORDERED,** this 10th day of October, 2017.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE